UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

JAMAL DEESE,
                Defendant.
------------------------------------------------------------X

19 CR. 22 (RMB)

**ORDER**

In light of the continuing COVID-19 pandemic, the status conference scheduled for March 30, 2021 at 9:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 1922

Dated: March 23, 2021
       New York, NY

                                  _____
                                      RICHARD M. BERMAN
                                            U.S.D.J.