UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

      -against-

JAMAL DEESE,
                Defendant.
------------------------------------------------------------X

19 CR. 22 (RMB)

**ORDER**

In light of the continuing COVID-19 pandemic, the status conference scheduled for June 15, 2021 at 10:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 1922

Dated: June 9, 2021
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.